YADID, LLC, Respondent, v GCW BELL CORP. et al., Defendants, and JACQUES ROMULUS, Appellant.

Submitted May 27, 2008; decided August 28, 2008

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).